**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Deborah A. Faulisi**
**aka Deborah McCallum, fdba D Best Sandwich Shop**
  Debtor(s)

Bankruptcy Case No.: 13−22562−JAD
Doc. #71
Chapter: 13
Docket No.: 72 − 71

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 27th of July, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/10/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/18/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/10/18.**

                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 13-22562-JAD
Deborah A. Faulisi                                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: skoz              Page 1 of 3              Date Rcvd: Jul 27, 2018
                            Form ID: 408            Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
```
db              +Deborah A. Faulisi,    14 Glenshire Drive,   Harrison City, PA 15636-1513
cr              +Ditech Financial LLC,    P.O. BOX 9013,    ADDISON, TX 75001-9013
cr              +Office of Attorney General Department of Revenue,    Robert C. Edmundson,   564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
13658017        +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-209,   Plano, TX 75024-4100
13673586        +BAC Home Loans/Countrywide,    450 American Street #SV416,    Simi Valley, CA 93065-6285
13658016        +Bac Home Loans Service,    450 American Street,   Simi Valley, CA 93065-6285
13691082         Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13658018        +Chase,   201 North Walnut Street # De1-10,    Wilmington, DE 19801-2920
13658019         Chase Bank,    P.O. Box 15145,   Wilmington, DE 19850-5145
13658020        +Chase Bank,    P.O. Box 740933,   Dallas, TX 75374-0933
13673590        +Chase Bank,    3700 Wiseman Blvd.,    San Antonio, TX 78251-4322
13658025         Main Street Acquisitions Corp., assignee,    of HSBC Card Services (III) Inc.,
                 c/o Becket and Lee LLP,    P.O. Box 3001,   Malvern, PA 19355-0701
13810745        +Matthew Pavlovich, Esq.,    Pavlovich & Ruschak PC,    304 Ross Street Suite 500,
                 Pittsburgh, PA 15219-2124
13658032        +PNC Bank,    P.O. Box 94982,   Cleveland, OH 44101-4982
13658029        +Patberg, Carmody, & Ging,    Deutschtown Center,   801 Vinial Street,    3rd Floor,
                 Pittsburgh, PA 15212-5177
13658030        +Penn Crossing LTD,    PO Box 82,   Harrison City, PA 15636-0082
13673604        +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13658039        +Westmoreland Community,    1007 Georges Staion Rd,   Greensburg, PA 15601-6982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, SD  57709-6154
13658015         E-mail/Text: bankruptcy@firstenergycorp.com Jul 28 2018 02:32:16     Allegheny Power,
                 P.O. Box 1392,    Fairmont, WV 26555-1392
13658021        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:31      CR Evergreen, LLC,
                 MS 550,    PO Box 91121,   Seattle, WA 98111-9221
14415870         E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28
                 Ditech Financial LLC f/k/a Green Tree,    Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13658022        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:30      East Bay Funding,
                 c/o Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
13741001        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:29
                 East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
13658023         E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 02:38:44     GE Money Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13673594         E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 02:39:26     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
13766208        +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28     Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13673595         E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28     Greentree Servicing,
                 PO Box 0049,    Palatine, IL 60055-0049
13658024        +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28     Greentree Servicing,
                 PO Vox 0049,    Palatine, IL 60055-0001
13680523         E-mail/Text: bk.notifications@jpmchase.com Jul 28 2018 02:31:38     JP Morgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13673596        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 28 2018 02:31:20     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13658026        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2018 02:39:59     Midland Funding, LLC,
                 by American InfoSource LP,    PO Box 248897,   Oklahoma City, OK 73124-8897
13658028         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:31:52     PA Department of Revenue,
                 Banruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0496
13658027         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:31:51     PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0496
13658034         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:18
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502
13658033         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:56
                 Portfolio Recovery,    P.O. Box 41067,   Norfolk, VA 23541
13698081         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:18
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13658035        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:55
                 PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,   P.O. Box 12914,
                 Norfolk, VA 23541-0914
13658036        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:30      PYOD LLC,
                 C/O Resurgent Capital Services,    P.O. Box 19008,   Greenville, SC 29602-9008
13741002        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:30
                 PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
```

```
District/off: 0315-2           User: skoz                  Page 2 of 3                  Date Rcvd: Jul 27, 2018
                               Form ID: 408                Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13675507          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:31:52
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
13658031         +E-mail/Text: nod.referrals@fedphe.com Jul 28 2018 02:31:15        Phelan Hallinan & Schmieg, LLP,
                  1617 John F. Kennedy Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
13658037          E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:28      Roundup Funding,
                  MS 550,    Post Office Box 91121,    Seattle, WA 98111-9221
13658038         +E-mail/Text: rmcbknotices@wm.com Jul 28 2018 02:33:01      Waste Management,
                  2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
13730083         +E-mail/Text: bankruptcy@firstenergycorp.com Jul 28 2018 02:32:16      West Penn Power,
                  1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                               TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Green Tree Servicing, LLC.
13673584*         Allegheny Power,    P.O. Box 1392,    Fairmont, WV 26555-1392
13673585*        +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-209,    Plano, TX 75024-4100
13673591*        +CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13673587*        +Chase,    201 North Walnut Street # De1-10,    Wilmington, DE 19801-2920
13673589*        +Chase Bank,    P.O. Box 740933,    Dallas, TX 75374-0933
13673588*         Chase Bank,    P.O. Box 15145,    Wilmington, DE 19850-5145
13673592*        +East Bay Funding,    c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13673593*         GE Money Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                  Attn: Ramesh Singh,    Miami, FL 33131-1605
13673597*         Main Street Acquisitions Corp., assignee,    of HSBC Card Services (III) Inc.,
                  c/o Becket and Lee LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
13673598*        +Midland Funding, LLC,    by American InfoSource LP,    PO Box 248897,
                  Oklahoma City, OK 73124-8897
13673599*         PA Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0496
13673603*        +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
13673606*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
13673605*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,    P.O. Box 41067,    Norfolk, VA 23541)
13673607*        +PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,
                  Norfolk, VA 23541-0914
13673608*        +PYOD LLC,    C/O Resurgent Capital Services,    P.O. Box 19008,    Greenville, SC 29602-9008
13673600*        +Patberg, Carmody, & Ging,    Deutschtown Center,    801 Vinial Street,    3rd Floor,
                  Pittsburgh, PA 15212-5177
13673601*        +Penn Crossing LTD,    PO Box 82,    Harrison City, PA 15636-0082
13673602*        +Phelan Hallinan & Schmieg, LLP,    1617 John F. Kennedy Boulevard,    Suite 1400,
                  Philadelphia, PA 19103-1814
13673609*         Roundup Funding,    MS 550,    Post Office Box 91121,    Seattle, WA 98111-9221
13673610*        +Waste Management,    2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
13673611*        +Westmoreland Community,    1007 Georges Staion Rd,    Greensburg, PA 15601-6982
                                                                                               TOTALS: 1, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    Green Tree Servicing, LLC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com

```
District/off: 0315-2           User: skoz                 Page 3 of 3             Date Rcvd: Jul 27, 2018
                               Form ID: 408               Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Deborah A. Faulisi ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        TOTAL: 6