**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DEBORAH A. FAULISI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:13-22562 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/17/2013 and confirmed on 8/8/13 . The case was subsequently          Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 121,207.00 |
| Less Refunds to Debtor | 131.42 | |
| TOTAL AMOUNT OF PLAN FUND | | 121,075.58 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,981.00 | |
|    Trustee Fee | 4,783.47 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,764.47 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DITECH FINANCIAL LLC F/K/A GREEN TR | 0.00 | 82,913.64 | 0.00 | 82,913.64 |
|     Acct: 9023 | | | | |
|   DITECH FINANCIAL LLC F/K/A GREEN TR | 14,787.21 | 14,787.21 | 0.00 | 14,787.21 |
|     Acct: 9023 | | | | |
|   JPMORGAN CHASE BANK NA | 6,429.81 | 6,429.81 | 739.46 | 7,169.27 |
|     Acct: 4705 | | | | |
| | | | | 104,870.12 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 458.70 | 458.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEBORAH A. FAULISI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEBORAH A. FAULISI | 131.42 | 131.42 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 2,522.30 | 2,522.30 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 8,440.99 | 8,440.99 | 0.00 | 8,440.99 |
|     Acct: 2800 | | | | |
| | | | | 8,440.99 |
| **Unsecured** | | | | |
|   WEST PENN POWER** | 475.94 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX9275 | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CR EVERGREEN LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0493 | | | | |
|   EAST BAY FUNDING | 1,172.81 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 8328 | | | | |
|   GE MONEY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CAPITAL ONE NA** | 361.43 | 0.00 | 0.00 | 0.00 |
|     Acct: 8417 | | | | |
|   MAIN STREET ACQUISITIONS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8814 | | | | |
|   MIDLAND FUNDING LLC BY AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,781.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 2800 | | | | |
|   PENN CROSSING LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2010 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7306 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 4,709.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 4194 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,421.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 2101 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,053.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 1328 | | | | |
|   PYOD LLC | 10,783.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 0230 | | | | |
|   ROUNDUP FUNDING LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   WASTE MANAGEMENT* (PMT) | 270.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 0264 | | | | |
|   WESTMORELAND COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4793 | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4397 | | | | |
|   GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4397 | | | | |
|   PENN CROSSING LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2010 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3693 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                        113,311.11

```
TOTAL
CLAIMED         8,440.99
PRIORITY       21,217.02
SECURED        24,029.89
```

Date: 07/26/2018                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   DEBORAH A. FAULISI

        Debtor(s)

   Ronda J. Winnecour
        Movant
        vs.
   No Repondents.

Case No.:13-22562 JAD

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                               BY THE COURT:

                                                               U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 13-22562-JAD
Deborah A. Faulisi                                                 Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: skoz                  Page 1 of 3                  Date Rcvd: Jul 27, 2018
                              Form ID: pdf900             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db             +Deborah A. Faulisi,    14 Glenshire Drive,    Harrison City, PA 15636-1513
cr             +Ditech Financial LLC,    P.O. BOX 9013,    ADDISON, TX 75001-9013
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
13658017       +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-209,   Plano, TX 75024-4100
13673586       +BAC Home Loans/Countrywide,    450 American Street #SV416,    Simi Valley, CA 93065-6285
13658016       +Bac Home Loans Service,    450 American Street,    Simi Valley, CA 93065-6285
13691082        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13658018       +Chase,    201 North Walnut Street # De1-10,    Wilmington, DE 19801-2920
13658019        Chase Bank,    P.O. Box 15145,    Wilmington, DE 19850-5145
13658020       +Chase Bank,    P.O. Box 740933,    Dallas, TX 75374-0933
13673590       +Chase Bank,    3700 Wiseman Blvd.,    San Antonio, TX 78251-4322
13658025        Main Street Acquisitions Corp., assignee,    of HSBC Card Services (III) Inc.,
                 c/o Becket and Lee LLP,    P.O. Box 3001,   Malvern, PA 19355-0701
13810745       +Matthew Pavlovich, Esq.,    Pavlovich & Ruschak PC,   304 Ross Street Suite 500,
                 Pittsburgh, PA 15219-2124
13658032       +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
13658029       +Patberg, Carmody, & Ging,    Deutschtown Center,    801 Vinial Street,   3rd Floor,
                 Pittsburgh, PA 15212-5177
13658030       +Penn Crossing LTD,    PO Box 82,    Harrison City, PA 15636-0082
13673604       +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13658039       +Westmoreland Community,    1007 Georges Staion Rd,    Greensburg, PA 15601-6982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, SD  57709-6154
13658015        E-mail/Text: bankruptcy@firstenergycorp.com Jul 28 2018 02:32:15     Allegheny Power,
                 P.O. Box 1392,    Fairmont, WV 26555-1392
13658021       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:39:13     CR Evergreen, LLC,
                 MS 550,    PO Box 91121,   Seattle, WA 98111-9221
14415870        E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28
                 Ditech Financial LLC f/k/a Green Tree,    Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13658022       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:30     East Bay Funding,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13741001       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:29
                 East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13658023        E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 02:39:24     GE Money Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13673594        E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 02:39:25     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
13766208       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28     Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
13673595        E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28     Greentree Servicing,
                 PO Box 0049,    Palatine, IL 60055-0049
13658024       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28     Greentree Servicing,
                 PO Vox 0049,    Palatine, IL 60055-0001
13680523        E-mail/Text: bk.notifications@jpmchase.com Jul 28 2018 02:31:38     JP Morgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13673596       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 28 2018 02:31:20     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13658026       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2018 02:39:59     Midland Funding, LLC,
                 by American InfoSource LP,    PO Box 248897,    Oklahoma City, OK 73124-8897
13658028        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:31:50     PA Department of Revenue,
                 Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
13658027        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:31:50     PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0496
13658034        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:50:19
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13658033        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:55
                 Portfolio Recovery,    P.O. Box 41067,    Norfolk, VA 23541
13698081        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:18
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13658035       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 02:38:55
                 PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
13658036       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:39:54     PYOD LLC,
                 C/O Resurgent Capital Services,    P.O. Box 19008,   Greenville, SC 29602-9008
13741002       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:39:10
                 PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
```

```
District/off: 0315-2          User: skoz              Page 2 of 3            Date Rcvd: Jul 27, 2018
                              Form ID: pdf900         Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13675507          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:31:51
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                   Harrisburg, PA  17128-0946
13658031         +E-mail/Text: nod.referrals@fedphe.com Jul 28 2018 02:31:15      Phelan Hallinan & Schmieg, LLP,
                   1617 John F. Kennedy Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
13658037          E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2018 02:38:34      Roundup Funding,
                   MS 550,    Post Office Box 91121,    Seattle, WA 98111-9221
13658038         +E-mail/Text: rmcbknotices@wm.com Jul 28 2018 02:33:01      Waste Management,
                   2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
13730083         +E-mail/Text: bankruptcy@firstenergycorp.com Jul 28 2018 02:32:15      West Penn Power,
                   1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Green Tree Servicing, LLC.
13673584*         Allegheny Power,    P.O. Box 1392,    Fairmont, WV 26555-1392
13673585*        +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-209,    Plano, TX 75024-4100
13673591*        +CR Evergreen, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13673587*        +Chase,    201 North Walnut Street # De1-10,    Wilmington, DE 19801-2920
13673589*        +Chase Bank,    P.O. Box 740933,    Dallas, TX 75374-0933
13673588*         Chase Bank,    P.O. Box 15145,    Wilmington, DE 19850-5145
13673592*        +East Bay Funding,    c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13673593*         GE Money Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                   Attn: Ramesh Singh,    Miami, FL 33131-1605
13673597*         Main Street Acquisitions Corp., assignee,    of HSBC Card Services (III) Inc.,
                   c/o Becket and Lee LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
13673598*        +Midland Funding, LLC,    by American InfoSource LP,    PO Box 248897,
                   Oklahoma City, OK 73124-8897
13673599*         PA Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0496
13673603*        +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
13673606*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
13673605*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    P.O. Box 41067,    Norfolk, VA 23541)
13673607*        +PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,
                   Norfolk, VA 23541-0914
13673608*        +PYOD LLC,    C/O Resurgent Capital Services,    P.O. Box 19008,    Greenville, SC 29602-9008
13673600*        +Patberg, Carmody, & Ging,    Deutschtown Center,    801 Vinial Street,    3rd Floor,
                   Pittsburgh, PA 15212-5177
13673601*        +Penn Crossing LTD,    PO Box 82,    Harrison City, PA 15636-0082
13673602*        +Phelan Hallinan & Schmieg, LLP,    1617 John F. Kennedy Boulevard,    Suite 1400,
                   Philadelphia, PA 19103-1814
13673609*         Roundup Funding,    MS 550,   Post Office Box 91121,    Seattle, WA 98111-9221
13673610*        +Waste Management,    2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
13673611*        +Westmoreland Community,    1007 Georges Staion Rd,    Greensburg, PA 15601-6982
                                                                                           TOTALS: 1, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor   Green Tree Servicing, LLC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com

```
District/off: 0315-2          User: skoz                 Page 3 of 3                Date Rcvd: Jul 27, 2018
                              Form ID: pdf900            Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Deborah A. Faulisi ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                        TOTAL: 6

Case 13-22562-JAD    Doc 74    Filed 07/29/18    Entered 07/30/18 00:50:24    Desc Imaged
Certificate of Notice    Page 8 of 8