| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Deborah A. Faulisi**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2800**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:  **13–22562–JAD** | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Deborah A. Faulisi
  aka Deborah McCallum, fdba D Best Sandwich Shop

9/11/18                                                          **By the court:**     Jeffery A. Deller
                                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                               Case No. 13-22562-JAD
Deborah A. Faulisi                                                   Chapter 13
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: dkam                 Page 1 of 3                 Date Rcvd: Sep 11, 2018
                               Form ID: 3180W             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db             +Deborah A. Faulisi,    14 Glenshire Drive,    Harrison City, PA 15636-1513
cr             +Ditech Financial LLC,    P.O. BOX 9013,    ADDISON, TX 75001-9013
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,     564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
13658020       +Chase Bank,    P.O. Box 740933,    Dallas, TX 75374-0933
13810745       +Matthew Pavlovich, Esq.,    Pavlovich & Ruschak PC,    304 Ross Street Suite 500,
                 Pittsburgh, PA 15219-2124
13658032       +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
13658029       +Patberg, Carmody, & Ging,    Deutschtown Center,    801 Vinial Street,   3rd Floor,
                 Pittsburgh, PA 15212-5177
13658030       +Penn Crossing LTD,    PO Box 82,    Harrison City, PA 15636-0082
13673604       +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
13658039       +Westmoreland Community,    1007 Georges Staion Rd,    Greensburg, PA 15601-6982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:06:00     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, SD 57709-6154
13658015        E-mail/Text: bankruptcy@firstenergycorp.com Sep 12 2018 02:06:13     Allegheny Power,
                 P.O. Box 1392,   Fairmont, WV 26555-1392
13658017       +EDI: BANKAMER.COM Sep 12 2018 05:58:00     BAC Home Loans Servicing, L.P.,
                 7105 Corporate Drive,   PTX-B-209,   Plano, TX 75024-4100
13673586       +EDI: BANKAMER.COM Sep 12 2018 05:58:00     BAC Home Loans/Countrywide,
                 450 American Street #SV416,   Simi Valley, CA 93065-6285
13658016       +EDI: BANKAMER.COM Sep 12 2018 05:58:00     Bac Home Loans Service,   450 American Street,
                 Simi Valley, CA 93065-6285
13658021       +EDI: RESURGENT.COM Sep 12 2018 05:58:00     CR Evergreen, LLC,    MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
13691082        EDI: BL-BECKET.COM Sep 12 2018 05:58:00     Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13658018       +EDI: CHASE.COM Sep 12 2018 05:58:00     Chase,   201 North Walnut Street # De1-10,
                 Wilmington, DE 19801-2920
13658019        EDI: CHASE.COM Sep 12 2018 05:58:00     Chase Bank,    P.O. Box 15145,
                 Wilmington, DE 19850-5145
13673590       +EDI: CHASE.COM Sep 12 2018 05:58:00     Chase Bank,    3700 Wiseman Blvd.,
                 San Antonio, TX 78251-4322
14415870        E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43
                 Ditech Financial LLC f/k/a Green Tree,   Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13658022       +EDI: RESURGENT.COM Sep 12 2018 05:58:00     East Bay Funding,    c/o Resurgent Capital Services,
                 PO Box 288,   Greenville, SC 29602-0288
13741001       +EDI: RESURGENT.COM Sep 12 2018 05:58:00     East Bay Funding, LLC its successors and assigns,
                 as assignee of Roundup Funding L.L.C.,   Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
13658023        EDI: RMSC.COM Sep 12 2018 05:58:00     GE Money Bank,    c/o Recovery Management Systems Corp.,
                 25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,    Miami, FL 33131-1605
13673594        EDI: RMSC.COM Sep 12 2018 05:58:00     Green Tree Servicing L,   332 Minnesota St Ste 610,
                 Saint Paul, MN 55101
13766208       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43     Green Tree Servicing, LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone number 60055-0049
13673595        E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43     Greentree Servicing,
                 PO Box 0049,   Palatine, IL 60055-0049
13658024       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43     Greentree Servicing,
                 PO Vox 0049,   Palatine, IL 60055-0001
13680523        EDI: CAUT.COM Sep 12 2018 05:58:00     JP Morgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13673596       +EDI: CBSKOHLS.COM Sep 12 2018 05:58:00     Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
13658025        EDI: BL-CREDIGY.COM Sep 12 2018 05:58:00     Main Street Acquisitions Corp., assignee,
                 of HSBC Card Services (III) Inc.,   c/o Becket and Lee LLP,    P.O. Box 3001,
                 Malvern, PA 19355-0701
13658026       +EDI: AIS.COM Sep 12 2018 05:58:00     Midland Funding, LLC,    by American InfoSource LP,
                 PO Box 248897,   Oklahoma City, OK 73124-8897
13658028        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:06:00     PA Department of Revenue,
                 Banruptcy Division,   PO Box 280946,    Harrisburg, PA 17128-0496
13658027        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:06:00     PA Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,    Harrisburg, PA 17128-0496
13658034        EDI: PRA.COM Sep 12 2018 05:58:00     Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
13658033        EDI: PRA.COM Sep 12 2018 05:58:00     Portfolio Recovery,    P.O. Box 41067,   Norfolk, VA 23541
```

```
District/off: 0315-2           User: dkam                  Page 2 of 3                   Date Rcvd: Sep 11, 2018
                               Form ID: 3180W              Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13698081       EDI: PRA.COM Sep 12 2018 05:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13658035      +EDI: PRA.COM Sep 12 2018 05:58:00      PRA Receivables Management,
                 As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,    Norfolk, VA 23541-0914
13658036      +EDI: RESURGENT.COM Sep 12 2018 05:58:00      PYOD LLC,    C/O Resurgent Capital Services,
                 P.O. Box 19008,    Greenville, SC 29602-9008
13741002      +EDI: RESURGENT.COM Sep 12 2018 05:58:00      PYOD, LLC its successors and assigns as assignee,
                 of Roundup Funding L.L.C.,    Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
13675507       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:06:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13658031      +E-mail/Text: nod.referrals@fedphe.com Sep 12 2018 02:05:36      Phelan Hallinan & Schmieg, LLP,
                 1617 John F. Kennedy Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
13658037       EDI: RESURGENT.COM Sep 12 2018 05:58:00      Roundup Funding,    MS 550,    Post Office Box 91121,
                 Seattle, WA 98111-9221
13658038      +E-mail/Text: rmcbknotices@wm.com Sep 12 2018 02:06:31      Waste Management,
                 2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
13730083      +E-mail/Text: bankruptcy@firstenergycorp.com Sep 12 2018 02:06:13      West Penn Power,
                 1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                                TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Green Tree Servicing, LLC.
13673584*       Allegheny Power,    P.O. Box 1392,    Fairmont, WV 26555-1392
13673585*      +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,   PTX-B-209,    Plano, TX 75024-4100
13673591*      +CR Evergreen, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13673587*      +Chase,    201 North Walnut Street # De1-10,    Wilmington, DE 19801-2920
13673589*      +Chase Bank,    P.O. Box 740933,    Dallas, TX 75374-0933
13673588*       Chase Bank,    P.O. Box 15145,    Wilmington, DE 19850-5145
13673592*      +East Bay Funding,    c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13673593*       GE Money Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                 Attn: Ramesh Singh,    Miami, FL 33131-1605
13673597*       Main Street Acquisitions Corp., assignee,    of HSBC Card Services (III) Inc.,
                 c/o Becket and Lee LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
13673598*      +Midland Funding, LLC,    by American InfoSource LP,    PO Box 248897,
                 Oklahoma City, OK 73124-8897
13673599*       PA Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0496
13673603*      +PNC Bank,    P.O. Box 94982,   Cleveland, OH 44101-4982
13673606*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
13673605*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,    P.O. Box 41067,    Norfolk, VA 23541)
13673607*      +PRA Receivables Management,    As Agent of Portfolio Recovery Assocs.,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
13673608*      +PYOD LLC,    C/O Resurgent Capital Services,    P.O. Box 19008,    Greenville, SC 29602-9008
13673600*      +Patberg, Carmody, & Ging,    Deutschtown Center,    801 Vinial Street,    3rd Floor,
                 Pittsburgh, PA 15212-5177
13673601*      +Penn Crossing LTD,    PO Box 82,    Harrison City, PA 15636-0082
13673602*      +Phelan Hallinan & Schmieg, LLP,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
13673609*       Roundup Funding,    MS 550,    Post Office Box 91121,    Seattle, WA 98111-9221
13673610*      +Waste Management,    2625 W. Grandview Road, Suite 150,    Phoenix, AZ 85023-3109
13673611*      +Westmoreland Community,    1007 Georges Staion Rd,    Greensburg, PA 15601-6982
                                                                                     TOTALS: 1, * 22, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dkam              Page 3 of 3            Date Rcvd: Sep 11, 2018
                              Form ID: 3180W          Total Noticed: 46
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    Green Tree Servicing, LLC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Deborah A. Faulisi ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```