**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DEBORAH A. FAULISI<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | **DEFAULT O/E JAD**<br><br>Case No.:13-22562 JAD<br><br>Chapter 13<br><br>Document No.: 71 |

**ORDER OF COURT**

　AND NOW, this ___11th___ day of ___September___, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　FILED
　9/11/18 8:38 am　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE  sjk
　CLERK　　　　　　　　　　　　　　　　Jeffery A. Deller
　U.S. BANKRUPTCY
　COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22562-JAD
Deborah A. Faulisi                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 3              Date Rcvd: Sep 11, 2018
                              Form ID: pdf900         Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db         +Deborah A. Faulisi,   14 Glenshire Drive,   Harrison City, PA 15636-1513
cr         +Ditech Financial LLC,   P.O. BOX 9013,   ADDISON, TX 75001-9013
cr         +Office of Attorney General Department of Revenue,   Robert C. Edmundson,   564 Forbes Avenue,
             Pittsburgh, PA 15219-2908
13658017   +BAC Home Loans Servicing, L.P.,   7105 Corporate Drive,   PTX-B-209,   Plano, TX 75024-4100
13673586   +BAC Home Loans/Countrywide,   450 American Street #SV416,   Simi Valley, CA 93065-6285
13658016   +Bac Home Loans Service,   450 American Street,   Simi Valley, CA 93065-6285
13691082    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13658018   +Chase,   201 North Walnut Street # De1-10,   Wilmington, DE 19801-2920
13658019    Chase Bank,   P.O. Box 15145,   Wilmington, DE 19850-5145
13658020   +Chase Bank,   P.O. Box 740933,   Dallas, TX 75374-0933
13673590   +Chase Bank,   3700 Wiseman Blvd.,   San Antonio, TX 78251-4322
13658025    Main Street Acquisitions Corp., assignee,   of HSBC Card Services (III) Inc.,
             c/o Becket and Lee LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
13810745   +Matthew Pavlovich, Esq.,   Pavlovich & Ruschak PC,   304 Ross Street Suite 500,
             Pittsburgh, PA 15219-2124
13658032   +PNC Bank,   P.O. Box 94982,   Cleveland, OH 44101-4982
13658029   +Patberg, Carmody, & Ging,   Deutschtown Center,   801 Vinial Street,   3rd Floor,
             Pittsburgh, PA 15212-5177
13658030   +Penn Crossing LTD,   PO Box 82,   Harrison City, PA 15636-0082
13673604   +Pnc Bank, N.A.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
13658039   +Westmoreland Community,   1007 Georges Staion Rd,   Greensburg, PA 15601-6982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43
             Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
             Rapid City, SD  57709-6154
13658015    E-mail/Text: bankruptcy@firstenergycorp.com Sep 12 2018 02:06:11     Allegheny Power,
             P.O. Box 1392,   Fairmont, WV 26555-1392
13658021   +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 02:15:37     CR Evergreen, LLC,
             MS 550,   PO Box 91121,   Seattle, WA 98111-9221
14415870    E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43
             Ditech Financial LLC f/k/a Green Tree,   Servicing LLC,   P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
13658022   +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 02:15:51     East Bay Funding,
             c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
13741001   +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 02:15:39
             East Bay Funding, LLC its successors and assigns,   as assignee of Roundup Funding L.L.C.,
             Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
13658023    E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 02:15:46     GE Money Bank,
             c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,
             Miami, FL 33131-1605
13673594    E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 02:15:34     Green Tree Servicing L,
             332 Minnesota St Ste 610,   Saint Paul, MN 55101
13766208   +E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43     Green Tree Servicing, LLC,
             PO BOX 0049,   Palatine, IL 60055-0049,   Telephone number 60055-0049
13673595    E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43     Greentree Servicing,
             PO Box 0049,   Palatine, IL 60055-0049
13658024   +E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2018 02:05:43     Greentree Servicing,
             PO Vox 0049,   Palatine, IL 60055-0001
13680523    E-mail/Text: bk.notifications@jpmchase.com Sep 12 2018 02:05:48     JP Morgan Chase Bank N.A.,
             National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13673596   +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 12 2018 02:05:39     Kohls/Capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13658026   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 12 2018 02:15:53     Midland Funding, LLC,
             by American InfoSource LP,   PO Box 248897,   Oklahoma City, OK 73124-8897
13658028    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:05:54     PA Department of Revenue,
             Banruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
13658027    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:05:54     PA Department of Revenue,
             Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0496
13658034    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:16:03
             Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
13658033    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:15:48
             Portfolio Recovery,   P.O. Box 41067,   Norfolk, VA 23541
13698081    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:16:04
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13658035   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:15:36
             PRA Receivables Management,   As Agent of Portfolio Recovery Assocs.,   P.O. Box 12914,
             Norfolk, VA 23541-0914
13658036   +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 02:16:05     PYOD LLC,
             C/O Resurgent Capital Services,   P.O. Box 19008,   Greenville, SC 29602-9008
13741002   +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 02:15:52
             PYOD, LLC its successors and assigns as assignee,   of Roundup Funding L.L.C.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008

```
District/off: 0315-2          User: dkam                  Page 2 of 3                   Date Rcvd: Sep 11, 2018
                              Form ID: pdf900             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13675507          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:05:54      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                   Harrisburg, PA  17128-0946
13658031         +E-mail/Text: nod.referrals@fedphe.com Sep 12 2018 02:05:36         Phelan Hallinan & Schmieg, LLP,
                   1617 John F. Kennedy Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
13658037          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 02:15:38      Roundup Funding,
                   MS 550,   Post Office Box 91121,   Seattle, WA 98111-9221
13658038         +E-mail/Text: rmcbknotices@wm.com Sep 12 2018 02:06:31       Waste Management,
                   2625 W. Grandview Road, Suite 150,   Phoenix, AZ 85023-3109
13730083         +E-mail/Text: bankruptcy@firstenergycorp.com Sep 12 2018 02:06:10      West Penn Power,
                   1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                               TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Green Tree Servicing, LLC.
13673584*         Allegheny Power,   P.O. Box 1392,   Fairmont, WV 26555-1392
13673585*        +BAC Home Loans Servicing, L.P.,   7105 Corporate Drive,   PTX-B-209,   Plano, TX 75024-4100
13673591*        +CR Evergreen, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13673587*        +Chase,   201 North Walnut Street # De1-10,   Wilmington, DE 19801-2920
13673589*        +Chase Bank,   P.O. Box 740933,   Dallas, TX 75374-0933
13673588*         Chase Bank,   P.O. Box 15145,   Wilmington, DE 19850-5145
13673592*        +East Bay Funding,   c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
13673593*         GE Money Bank,   c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,
                   Attn: Ramesh Singh,   Miami, FL 33131-1605
13673597*         Main Street Acquisitions Corp., assignee,   of HSBC Card Services (III) Inc.,
                   c/o Becket and Lee LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
13673598*        +Midland Funding, LLC,   by American InfoSource LP,   PO Box 248897,
                   Oklahoma City, OK 73124-8897
13673599*         PA Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0496
13673603*        +PNC Bank,   P.O. Box 94982,   Cleveland, OH 44101-4982
13673606*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502)
13673605*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery,   P.O. Box 41067,   Norfolk, VA 23541)
13673607*        +PRA Receivables Management,   As Agent of Portfolio Recovery Assocs.,   P.O. Box 12914,
                   Norfolk, VA 23541-0914
13673608*        +PYOD LLC,   C/O Resurgent Capital Services,   P.O. Box 19008,   Greenville, SC 29602-9008
13673600*        +Patberg, Carmody, & Ging,   Deutschtown Center,   801 Vinial Street,   3rd Floor,
                   Pittsburgh, PA 15212-5177
13673601*        +Penn Crossing LTD,   PO Box 82,   Harrison City, PA 15636-0082
13673602*        +Phelan Hallinan & Schmieg, LLP,   1617 John F. Kennedy Boulevard,   Suite 1400,
                   Philadelphia, PA 19103-1814
13673609*         Roundup Funding,   MS 550,   Post Office Box 91121,   Seattle, WA 98111-9221
13673610*        +Waste Management,   2625 W. Grandview Road, Suite 150,   Phoenix, AZ 85023-3109
13673611*        +Westmoreland Community,   1007 Georges Staion Rd,   Greensburg, PA 15601-6982
                                                                                               TOTALS: 1, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
                bkgroup@kmllawgroup.com

```
District/off: 0315-2          User: dkam              Page 3 of 3              Date Rcvd: Sep 11, 2018
                              Form ID: pdf900         Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jill  Manuel-Coughlin    on behalf of Creditor    Green Tree Servicing, LLC. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Deborah A. Faulisi ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                          TOTAL: 7

Case 13-22562-JAD    Doc 79    Filed 09/13/18    Entered 09/14/18 00:53:22    Desc Imaged
Certificate of Notice    Page 4 of 4